# EXHIBIT A

# CERTIFIED STATE COURT CASE DOCKET SHEET

# COUNTY COURT AT LAW 5
## CASE SUMMARY
### CASE NO. 005-02541-2021

| | | |
|---|---|---|
| Nicholas Mosser VS. Zwicker and Associates, P.C. | § § § § | Location: **County Court at Law 5**<br>Judicial Officer: **Wilson, Dan K**<br>Filed on: **06/25/2021** |

---

### CASE INFORMATION

**Related Cases**
005-02751-2020   (Severed Case)

Case Type: **Contract - Consumer/Commercial/ Debt**

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number        005-02541-2021<br>Court                     County Court at Law 5<br>Date Assigned      06/25/2021<br>Judicial Officer     Wilson, Dan K |

### PARTY INFORMATION

*Lead Attorneys*

**Plaintiff**   **Mosser, Nicholas**
*5729 Knox Dr.*
*Plano, TX 75024*

**Mosser, James C**
*Retained*
*972-733-3223(W)*
*Mosser Law, PLLC*
*8100 Dallas Parkway, Suite 115A*
*Dallas, TX 75024*
courtdocuments@mosserlaw.com

**Defendant**   **Zwicker and Associates, P.C.**
*Through Their Registered Agent:*
*Secretary of The State*
*30 Trinity Street*
*Hartford, CT 06106*

**Newburger, Manuel H**
*Retained*
*512-649-4022(W)*
*Barron & Newburger, PC*
*7320 N. MoPac Expy., Suite 400*
*Austin, TX 78731*
mnewburger@bn-lawyers.com

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 06/23/2021 | Order for Severance of Actions (OCA)<br>*Order Severing Claims Against Zwicker and Associates, P.C.from 005 2751 2020 signed 6/23/2021* | |
| 06/28/2021 | Case File<br>*severed from 005 2751 2020* | |
| 07/07/2021 | Discovery Control Plan and Scheduling Order<br>*Discovery Control Plan and Scheduling Order Signed* | |
| 07/07/2021 | Clerk Notes<br>*mailed by Admin per order* | |
| 07/12/2021 | Amended Answer<br>*First* | |

COUNTY COURT AT LAW 5
## CASE SUMMARY
### CASE NO. 005-02541-2021

| DATE | | |
|---|---|---|
| 07/13/2021 | Request for Certified Copies - $5.00 + $1.00/page<br>*Copies placed at front counter in envelope for pick up as requested by phone.*<br>Party: Plaintiff Mosser, Nicholas | |
| 01/13/2022 | **Formal Pre-Trial** (10:00 AM) (Judicial Officer: Wilson, Dan K ;Location: County Court at Law 5) | |
| 01/20/2022 | **Trial Before the Court** (1:00 PM) (Judicial Officer: Wilson, Dan K ;Location: County Court at Law 5) | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Plaintiff** Mosser, Nicholas | |
| | Total Charges | 106.00 |
| | Total Payments and Credits | 106.00 |
| | **Balance Due as of 7/15/2021** | **0.00** |

THE STATE OF TEXAS   }   Stacey Kemp, County Clerk,
COUNTY OF COLLIN   }   Collin County, Texas
Do hereby certify that the foregoing instrument of writing is
a full, true and correct copy of the instrument as filed for
record in my office the _____ day of _____, 20____.
No. _____
Witness my hand and official seal at my office in McKinney,
Texas, this _____ day of _____, 20____.
Stacey Kemp, Collin County Clerk
Collin County, Texas
By _____ Deputy

| | |
|---|---|
| THE STATE OF TEXAS | I, Stacey Kemp County Clerk, |
| COUNTY OF COLLIN | Court Collin County Texas |

Do hereby certify that the foregoing instrument of writing is a full, true and correct copy of the instrument as filed for record in my office the 25 day of JuNE, 20 21. No 005-02541-2021.

Witness my hand and official seal at my office in McKinney, Texas, this 15 day of July, 20 21.

Stacey Kemp Collin County Clerk
Collin County, Texas

By: _____, Deputy